# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0038. RELONZO PHILLIPS v. STATE OF GEORGIA.**

On July 1, 2022, the trial court denied prisoner Relonzo Phillips's request to proceed in forma pauperis. On August 4, 2022, Phillips filed this application for discretionary appeal of the trial court's order.

We, however, lack jurisdiction to consider Phillips's application because it is untimely. An application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Because this application was filed 34 days after entry of the order Phillips seeks to appeal, it is untimely, and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/06/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , Clerk.